DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA MELISSE,** as personal representative of the Estate of **GLORIA BONO,** deceased, and **MICHAEL BONO, SR.,** as personal representative of the Estate of **MICHAEL BONO JR.,** deceased,
Appellants,

v.

**Y.C.C.S. PROPERTY OWNERS ASSOCIATION, INC.,** a Florida corporation, **JUDITH L. MATTHEWS** and **GULICK CONSTRUCTION COMPANY, INC.,** a Florida corporation for profit,
Appellees.

No. 4D17-950

[May 3, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 2016CA000739.

Jay M. Levy of Jay M. Levy, P.A., Miami, and John Leighton of Leighton Law, P.A., Miami, for appellants.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, and David Bradley and Adam Zhamukhanov of Cole, Scott & Kissane, P.A., West Palm Beach, for appellee, Y.C.C.S. Property Owners Association, Inc.

Benjamin L. Bedard and Dana P. Clement of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellee, Judith L. Matthews.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***